# EXHIBIT 23

Numeric Effluent Violations at Eastern Ave. Terminal (April 2024 - May 2026)

| Parameter | Monitoring Period End Date | Permit Limit | Measured Value | Percent Exceedance |
|---|---|---|---|---|
| pH (maximum) | 07/31/2024 | 8.5 S.U. | 8.65 S.U | 1% |
| Nitrogen, ammonia total (as N) | 10/31/2024 | 1.8 mg/L | 2.32 mg/L | 28% |
| pH (maximum) | 10/31/2025 | 8.5 S.U. | 8.62 S.U. | 1% |
| Benzene | 11/30/2025 | 5 µg/L | 9.29 µg/L | 85% |
| Total Residual Chlorine | 11/30/2025 | 13 µg/L | 20 µg/L | 53% |
| Total Residual Chlorine | 12/21/2025 | 13 µg/L | 20 µg/L | 53% |
| Total Residual Chlorine | 02/28/2026 | 13 µg/L | 29 µg/L | 123% |
| Total Residual Chlorine | 03/31/2026 | 13 µg/L | 30 µg/L | 130% |
| Benzene | 03/31/2026 | 5 µg/L | 23.5 µg/L | 370% |
| Copper | 03/31/2026 | 5.8 µg/L | 6.2 µg/L | 6% |
| Benzo(a)pyrene | 03/31/2026 | 0.00013 µg/L | 0.0523 µg/L | 40,130% |
| Benzo(b)fluoranthene | 03/31/2026 | 0.0013 µg/L | 0.125 µg/L | 9515% |
| Benzo(k)fluoranthene | 03/31/2026 | 0.013 µg/L | 0.0787 µg/L | 505% |
| Indeno(1,2,3-cd)pyrene | 03/31/2026 | 0.0013 µg/L | 0.0889 µg/L | 6,738% |

**NPDES Monitoring Data Download**

**Search Criteria:**

Monitoring Period Range: 01/01/2024 to 12/31/2024

Facility ID: MA0001091

**Outfall - Monitoring Location - Limit Set: 003 - 1 - A**

| Parameter: | Benzene | Benzo[a]a | Benzo[a]p | Benzo[a]p | Benzo[b]fl | Benzo[b]fl | Benzo[k]fl | Benzo[k]fl | Chemical ( | Chlorine, t | Chrysene | Coliform, f | Copper, to | Dibenzo[a, | Enterococ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | 5 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | Mon (mg/l | 30 (ug/L) | Mon (ug/L | Mon (MPN | 5.8 (ug/L) | Mon (ug/L | Mon (CFU/ |
| Statistical Base: | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C1 | C3 | C1 | C3 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 01/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 14 | .3 | < .05 | < 1 | < 3 | < .09 | < 2 |
| 02/29/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 50 | .51 | < .05 | < 1 | < 3 | < .09 | < 2 |
| 03/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 19 | .62 | < .05 | 2.02 | 7 | < .1 | < 2 |
| 04/30/2024 | < .5 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 21 | .09 | < .05 | 2.01 | < 3 | < .02 | < 2 |
| 05/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 42 | .04 | < .05 | 33.55 | 3 | < .09 | 20 |
| 06/30/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 14 | .11 | < .05 | 1 | 4 | < .1 | < 2 |
| 07/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | < 10 | .31 | < .05 | 61.55 | 3 | < .1 | 10 |
| 08/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 33 | .18 | < .05 | 1553.12 | 4 | < .1 | 350 |
| 09/30/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 48 | .31 | < .05 | 6766 | < 3 | < .1 | 970 |
| 10/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 48 | .44 | < .05 | 410.58 | 3 | < .1 | 100 |
| 11/30/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 19 | .23 | < .05 | 344.8 | 3 | < .1 | 760 |
| 12/31/2024 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 12 | .18 | < .05 | 15.96 | < 3 | < .1 | 92 |

| Parameter: | Flow rate | Flow, in co | Indeno[1,2 | Indeno[1,2 | Naphthale | Nitrogen, a | Number of | Oil and gre | Solids, tota | Solids, tota | Turbidity | Turbidity | pH | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | 800 (gal/m | Mon (Mga | .1 (ug/L) | Mon (ug/L | 20 (ug/L) | 1.8 (mg/L) | Mon (#) | 15 (mg/L) | 100 (mg/L | 30 (mg/L) | Mon (NTU | Mon (NTU | 6.5 (SU) | 8.5 (SU) |
| Statistical Base: | DAILY MX | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | MINIMUM | MAXIMUM |
| DMR Value Type: | Q2 | Q2 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C2 | C3 | C1 | C1 | C3 |
| 01/31/2024 | 324 | 7.97 | NODI: B | NODI: B | < .09 | | 3 | < 1.4 | 3.2 | 1.6 | 4.1 | 4 | 7.23 | 7.23 |
| 02/29/2024 | 134 | .23 | NODI: B | NODI: B | .09 | | 1 | < 1.4 | < 2 | < 2 | 3.8 | 3.8 | 8.02 | 8.02 |
| 03/31/2024 | 345 | 6.79 | NODI: B | NODI: B | < .1 | | 4 | < 1.4 | 7.1 | 5.6 | 13 | 9.9 | 7.97 | 7.97 |
| 04/30/2024 | 499 | 3.35 | NODI: B | NODI: B | < .1 | .23 | 3 | < 1.4 | 3.6 | 1.8 | 8.1 | 6 | 7.15 | 7.15 |
| 05/31/2024 | 258 | 3.78 | NODI: B | NODI: B | < .09 | < .1 | 3 | < 1.4 | 5 | 4.8 | 4.2 | 3.8 | 8.1 | 8.1 |
| 06/30/2024 | 147 | 1.68 | NODI: B | NODI: B | < .1 | .28 | 2 | < 1.4 | < 6.7 | < 5 | 3.6 | 3.1 | 7.35 | 7.35 |
| 07/31/2024 | 149 | .42 | NODI: B | NODI: B | < .1 | < .1 | 2 | < 1.4 | 6 | 3 | 3 | 2.8 | 8.24 | 8.65 |
| 08/31/2024 | 213 | 1.83 | NODI: B | NODI: B | < .1 | .18 | 2 | < 1.4 | 28 | 19.5 | 4.7 | 2.4 | 7.95 | 7.95 |
| 09/30/2024 | 125 | .5 | NODI: B | NODI: B | < .1 | < .1 | 2 | < 1.4 | 2 | 2 | 2 | 2 | 8.18 | 8.18 |
| 10/31/2024 | 90 | .37 | NODI: B | NODI: B | < .1 | 2.32 | 2 | < 1.4 | 6.4 | 4.5 | 6 | 4.7 | 7.63 | 7.63 |
| 11/30/2024 | 489 | 1.79 | NODI: B | NODI: B | < .1 | | 2 | 1.4 | < 2 | < 2 | 9.2 | 9.2 | 6.52 | 6.52 |
| 12/31/2024 | 331 | 3.63 | NODI: B | NODI: B | < .1 | | 2 | < 1.4 | 4 | 3.7 | 8.7 | 7.6 | 7.88 | 7.88 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Q**

| Parameter: | Methyl tert-butyl ether [MTBE] |
|---|---|
| Limit Type: | ENF |
| Limit Value (Unit): | Mon (ug/L) |
| Statistical Base: | DAILY MX |
| DMR Value Type: | C3 |
| 03/31/2024 | < 2 |
| 06/30/2024 | < 1 |
| 09/30/2024 | < 1 |
| 12/31/2024 | < 2 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - T**

| Parameter: | Cadmium, | Carbon, to | Chlorine, t | Copper, to | LC50 Static | LC50 Static | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Solids, tota | Solids, tota | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (%) | Mon (%) | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (ppt) | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AV MI | MO AV MI | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C1 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2024 | < .5 | 1.3 | .09 | < 3 | > 100 | > 100 | 2 | < 1 | .23 | .6 | 630 | 3.6 | 16 | 7.15 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzo[a]a | Benzo[a]p | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2024 | < .1 | < .1 | < .1 | < .05 | < .05 | < .1 | < .1 | < .05 | < .02 | < .5 | < .1 | < .1 | < .1 | < .05 | < .1 | < 1 | < .5 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - T**

| Parameter: | Cadmium, | Copper, to | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Temperatu | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (ppt) | Mon (deg | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2024 | < .5 | 10 | < 7 | 1 | .11 | 23.1 | 6.78 | 33 | 8.02 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzene | Benzo[a]a | Benzo[a]p | Benzo[b]fl | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Fluorene | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2024 | < .1 | < .1 | < .1 | < .5 | < .05 | < .05 | < .05 | < .1 | < .1 | < .05 | < .02 | < .5 | .15 | < .1 | < .1 | < .1 | < .05 | .13 | < 1 | < .5 |

**Outfall - Monitoring Location - Limit Set: PFAS - 1 - E**

| Parameter: | Perfluorod | Perfluoroh | Perfluoroh | Perfluoron | Perfluoroc | Perfluorooctanoic acid (PFOA) |
|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 |
| 12/31/2024 | 7.07 | 82.1 | 3.2 | 24.4 | 14.2 | 59.4 |

**NPDES Monitoring Data Download**

**Search Criteria:**

Monitoring Period Range: 01/01/2025 to 12/31/2025

Facility ID: MA0001091

**Outfall - Monitoring Location - Limit Set: 003 - 1 - A**

| Parameter: | Benzene | Benzo[a]a | Benzo[a]p | Benzo[a]p | Benzo[b]fl | Benzo[b]fl | Benzo[k]fl | Benzo[k]fl | Chemical ( | Chlorine, t | Chrysene | Coliform, f | Copper, to | Dibenzo[a, |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | 5 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | Mon (mg/l | 30 (ug/L) | Mon (ug/L | Mon (MPN | 5.8 (ug/L) | Mon (ug/L |
| Statistical Base: | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C1 | C3 | C1 | C3 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 01/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | < 10 | .2 | < .05 | 38.25 | 4 | < .09 |
| 02/28/2025 | 2.9 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 31 | .54 | < .05 | < 1 | 3 | < .09 |
| 03/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 19 | .27 | < .05 | < 1 | < 3 | < .1 |
| 04/30/2025 | < .5 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | < 10 | .49 | < .05 | 2.02 | < 3 | < .02 |
| 05/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 14 | .33 | < .05 | 224.68 | 4 | < .1 |
| 06/30/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 42 | .07 | < .05 | 1299.65 | 4 | < .1 |
| 07/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 19 | .06 | < .05 | > 2419.6 | 4 | < .09 |
| 08/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 54 | .01 | < .05 | 156.48 | < 3 | < .09 |
| 09/30/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 24 | 0 | < .05 | 365.4 | 4 | < .09 |
| 10/31/2025 | < 1 | < .05 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 11 | .02 | < .05 | 101.93 | 4 | < .09 |
| 11/30/2025 | 9.29 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 13.6 | 20 | NODI: B | 14.49 | < 4 | NODI: B |
| 12/31/2025 | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 12.8 | 20 | NODI: B | 3.06 | < 8 | NODI: B |

| Parameter: | Enterococ | Flow rate | Flow, in co | Indeno[1,2 | Indeno[1,2 | Naphthale | Nitrogen, a | Number of | Oil and gre | Solids, tota | Solids, tota | Turbidity | Turbidity | pH | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (CFU/ | 800 (gal/m | Mon (Mga | .1 (ug/L) | Mon (ug/L | 20 (ug/L) | 1.8 (mg/L) | Mon (#) | 15 (mg/L) | 100 (mg/L | 30 (mg/L) | Mon (NTU | Mon (NTU | 6.5 (SU) | 8.5 (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | MINIMUM | MAXIMUM |
| DMR Value Type: | C3 | Q2 | Q2 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C2 | C3 | C1 | C1 | C3 |
| 01/31/2025 | 8.6 | 412 | 1.63 | NODI: B | NODI: B | < .09 | | 4 | 1.4 | 8 | 4 | 14 | 9.6 | 8.3 | 8.3 |
| 02/28/2025 | 5.21 | 209 | 2.34 | NODI: B | NODI: B | .18 | | 2 | 1.6 | 6.8 | 4.5 | 13 | 8.6 | 8.05 | 8.05 |
| 03/31/2025 | 640.52 | 184 | 3.16 | NODI: B | NODI: B | < .1 | | 3 | < 1.4 | 21 | 11.9 | 24 | 15.8 | 6.79 | 6.79 |
| 04/30/2025 | < 1 | 213 | 2.99 | NODI: B | NODI: B | < .11 | < .05 | 3 | < 1.4 | 5.2 | 2.6 | 9 | 7.5 | 7.72 | 7.72 |
| 05/31/2025 | 39.86 | 385 | 5.4 | NODI: B | NODI: B | < .1 | .06 | 3 | < 1.4 | 6.4 | 5.6 | 6.7 | 6 | 6.77 | 6.77 |
| 06/30/2025 | 866.44 | 174 | .77 | NODI: B | NODI: B | < .1 | .45 | 2 | < 1.4 | 9.2 | 4.6 | 6.7 | 5.4 | 6.99 | 6.99 |
| 07/31/2025 | 816.41 | 324 | 1.13 | NODI: B | NODI: B | < .09 | .17 | 3 | < 1.4 | 5.6 | 3.8 | 4.7 | 3.4 | 7.45 | 7.45 |
| 08/31/2025 | 95.99 | 61 | .24 | NODI: B | NODI: B | < .09 | 1.7 | 2 | < 1.5 | 3.2 | 2.8 | 3.9 | 3.2 | 7.03 | 7.03 |
| 09/30/2025 | 58.06 | 207 | .6 | NODI: B | NODI: B | < .09 | .27 | 1 | < 1.4 | 5.6 | 5.6 | 6.4 | 6.4 | 7.44 | 7.44 |
| 10/31/2025 | 1011.16 | 484 | 4.2 | NODI: B | NODI: B | < .09 | .06 | 5 | < 1.4 | 3.2 | 1.87 | 3.6 | 3.3 | 6.83 | 8.62 |
| 11/30/2025 | 2.02 | 126 | .798 | NODI: B | NODI: B | .356 | | 2 | < 1.9 | 5.5 | 2.75 | 4.8 | 3 | 7.1 | 7.1 |
| 12/31/2025 | 158.47 | 113 | .686546 | NODI: B | NODI: B | NODI: B | | 3 | < 1.9 | < 5 | < 5 | 6.1 | 4.9 | 6.9 | 7.7 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Q**

| Parameter: | Methyl tert-butyl ether [MTBE] |
|---|---|
| Limit Type: | ENF |
| Limit Value (Unit): | Mon (ug/L) |
| Statistical Base: | DAILY MX |
| DMR Value Type: | C3 |
| 03/31/2025 | < 2 |
| 06/30/2025 | < 1 |
| 09/30/2025 | < 2 |
| 12/31/2025 | < 10 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - T**

| Parameter: | Cadmium, | Carbon, to | Chlorine, t | Copper, to | LC50 Static | LC50 Static | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Solids, tota | Solids, tota | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (%) | Mon (%) | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (g/g) | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AV MI | MO AV MI | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C1 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2025 | < .5 | 3.31 | .00049 | < 3 | > 100 | > 100 | 1.7 | 2 | < .05 | < .0005 | 18000 | < 2 | 13 | 7.72 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzo[a]a | Benzo[a]p | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2025 | < .11 | < .11 | < .11 | < .05 | NODI: B | < .11 | NODI: B | < .05 | < .02 | < .5 | < .11 | NODI: B | < .11 | < .06 | < .11 | < 1 | < .5 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - T**

| Parameter: | Cadmium, | Copper, to | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Temperatu | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (g/g) | Mon (deg | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2025 | < .5 | < 3 | < .5 | < 1 | < .05 | .0184 | 13.63 | 8 | 8.19 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzene | Benzo[a]a | Benzo[a]p | Benzo[b]fl | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Fluorene | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2025 | < .1 | < .1 | < .1 | < .5 | < .05 | NODI: B | NODI: B | < .1 | NODI: B | < .05 | < .02 | < .5 | < .1 | < .1 | NODI: B | < .1 | < .05 | < .1 | < 1 | < .5 |

**Outfall - Monitoring Location - Limit Set: PFAS - 1 - E**

| Parameter: | Perfluorod | Perfluoroh | Perfluoroh | Perfluoron | Perfluoroc | Perfluorooctanoic acid (PFOA) |
|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 |
| 03/31/2025 | 4.84 | 32.2 | 1.54 | 12.8 | 8.16 | 21.1 |
| 06/30/2025 | 3.72 | 39.3 | 3.39 | 10.2 | 13.3 | 23.9 |
| 09/30/2025 | 6.18 | 60.8 | 2.96 | 18.5 | 14.9 | 33.7 |
| 12/31/2025 | 4.73 | 60.7 | 2.25 | 12.2 | 6.76 | 35.6 |

**NPDES Monitoring Data Download**

**Search Criteria:**

Monitoring Period Range: 01/01/2026 to 12/31/2026

Facility ID: MA0001091

**Outfall - Monitoring Location - Limit Set: 003 - 1 - A**

| Parameter: | Benzene | Benzo[a]a | Benzo[a]p | Benzo[a]p | Benzo[b]fl | Benzo[b]fl | Benzo[k]fl | Benzo[k]fl | Chemical ( | Chlorine, t | Chrysene | Coliform, f | Copper, to | Dibenzo[a, | Enterococ | Flow rate | Flow, in co | Indeno[1,2 | Indeno[1,2 | Naphthale | Nitrogen, a | Number of | Oil and gre | Solids, tota | Solids, tota | Turbidity | Turbidity | pH | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | 5 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | .05 (ug/L) | Mon (ug/L | Mon (mg/l | 30 (ug/L) | Mon (ug/L | Mon (MPN | 5.8 (ug/L) | Mon (ug/L | Mon (CFU/ | 800 (gal/m | Mon (Mga | .1 (ug/L) | Mon (ug/L | 20 (ug/L) | 1.8 (mg/L) | Mon (#) | 15 (mg/L) | 100 (mg/L | 30 (mg/L) | Mon (NTU | Mon (NTU | 6.5 (SU) | 8.5 (SU) |
| Statistical Base: | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AVG | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AVG | DAILY MX | MO AVG | MINIMUM | MAXIMUM |
| DMR Value Type: | C3 | C3 | C1 | C3 | C1 | C3 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | Q2 | Q2 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C2 | C3 | C1 | C1 | C3 |
| 01/31/2026 | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 29.6 | .01 | NODI: B | 1 | 4.02 | NODI: B | 6.12 | 117 | .63 | NODI: B | NODI: B | NODI: B | | 2 | < 1.9 | 8.5 | 7.5 | 12 | 11.5 | 6.9 | 7.63 |
| 02/28/2026 | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 28.6 | 29 | NODI: B | < 2 | < 4 | NODI: B | 2 | 216 | .099 | NODI: B | NODI: B | NODI: B | | 3 | < 1.9 | 6.57 | 5.08 | 3.6 | 3.45 | 7.07 | 7.07 |
| 03/31/2026 | 23.5 | < .05 | .0523 | .0523 | .125 | .125 | .0787 | .0787 | 46.7 | 30 | .12 | 3.06 | 6.2 | < .05 | 5.21 | 344 | 3.38 | .0889 | .0889 | 1.79 | | 4 | < 1.9 | 22.4 | 14.6 | 35 | 21.9 | 7.12 | 7.12 |
| 04/30/2026 | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | 10.4 | 10 | NODI: B | 11.99 | < 4 | NODI: B | 2.01 | 44 | .945 | NODI: B | NODI: B | NODI: B | < .1 | 2 | < 4.7 | 6.2 | 4.6 | 5.3 | 3.35 | 8.35 | 8.35 |
| 05/31/2026 | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | < 10 | 0 | NODI: B | 21.09 | < 4 | NODI: B | 3.04 | 105.7 | .633 | NODI: B | NODI: B | NODI: B | .327 | 2 | < 4.8 | < 3 | < 3 | 1.9 | 1.85 | 7.63 | 7.63 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Q**

| Parameter: | Methyl tert-butyl ether [MTBE] |
|---|---|
| Limit Type: | ENF |
| Limit Value (Unit): | Mon (ug/L) |
| Statistical Base: | DAILY MX |
| DMR Value Type: | C3 |
| 03/31/2026 | < 1 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - T**

| Parameter: | Cadmium, | Carbon, to | Chlorine, t | Copper, to | LC50 Static | LC50 Static | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Solids, tota | Solids, tota | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (%) | Mon (%) | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (g/g) | Mon (mg/l | Mon (mg/l | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | MO AV MI | MO AV MI | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C1 | C1 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2026 | < 1 | 16.6 | .01 | < 4 | 81.7 | > 100 | < 2 | < 2 | < .1 | .7 | 702 | 6.2 | < 25 | 8.35 |

**Outfall - Monitoring Location - Limit Set: 003 - 1 - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzo[a]a | Benzo[a]p | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2026 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | < 1 | < 1 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - T**

| Parameter: | Cadmium, | Copper, to | Lead, total | Nickel, tot | Nitrogen, a | Salinity | Temperatu | Zinc, total | pH |
|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (mg/l | Mon (g/g) | Mon (deg | Mon (ug/L | Mon (SU) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2026 | < 1 | < 4 | < 2 | < 2 | < .1 | 31.5 | 14.9 | < 25 | 8 |

**Outfall - Monitoring Location - Limit Set: 003 - RW - Y**

| Parameter: | Acenaphth | Acenaphth | Anthracen | Benzene | Benzo[a]a | Benzo[a]p | Benzo[b]fl | Benzo[ghi] | Benzo[k]fl | Chrysene | Dibenz[a,h | Ethylbenze | Fluoranthe | Fluorene | Indeno[1,2 | Naphthale | Phenanthr | Pyrene | Toluene | Xylene [mix of m+o+p] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L | Mon (ug/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 | C3 |
| 04/30/2026 | NODI: B | NODI: B | NODI: B | < 1 | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | NODI: B | .202 | NODI: B | NODI: B | < 1 | < 1 |

**Outfall - Monitoring Location - Limit Set: PFAS - 1 - E**

| Parameter: | Perfluoroc | Perfluoroh | Perfluoroh | Perfluoron | Perfluoroc | Perfluorooctanoic acid (PFOA) |
|---|---|---|---|---|---|---|
| Limit Type: | ENF | ENF | ENF | ENF | ENF | ENF |
| Limit Value (Unit): | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L | Mon (ng/L) |
| Statistical Base: | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX | DAILY MX |
| DMR Value Type: | C3 | C3 | C3 | C3 | C3 | C3 |
| 03/31/2026 | 6.86 | 36.3 | < 1.62 | 18.1 | 9.12 | 29.4 |