# **EXHIBIT 24**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Conservation Law Foundation, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Chelsea Sandwich LLC and<br>Global Companies LLC,<br><br>Defendants. | ) | Case No. 1:24-CV-11766-RGS |

**DECLARATION OF JUSTIN HAWK**

I, Justin Hawk, declare as follows:

1. I am 31 years old. I live in the city of Boston, Massachusetts.
2. I am a Program Coordinator on the Clean Air and Water Team at the Conservation Law Foundation.
3. I created the table entitled "Numeric Effluent Violations at Eastern Ave. Terminal (April 2024 - May 2026)" on page 1 of Exhibit 23 attached to CLF's Memorandum in Support of its Proposal for Final Judgment, which is a summary of the numeric effluent violations at Global's Eastern Avenue Terminal.
4. CLF identified the numeric effluent violations at the Eastern Avenue Terminal by reviewing the NPDES Permit for the Eastern Avenue Terminal and by downloading the publicly available compliance monitoring data from the Environmental Protection Agency's (EPA) Enforcement and Compliance History Online database.
5. The downloaded compliance monitoring data from the EPA Enforcement and Compliance History Online database is shown on pages 2-4 of Exhibit 23.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on: 7/10/2026
*/s/ Justin Hawk*
Justin Hawk